M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 APR -3  A 11: 35

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Plaintiff(s): **Marshal Taylor**

Full name and prison name of
Plaintiff(s)

v.

**Chief Alfred Wardworth**
**Lt. Debra DeRamus**
**Deputy Simon Last Name unknown**
**Charlotte Reed - Clerk**

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

DC 07 - 167

CIVIL ACTION NO. **MC 96-501**
(To be supplied by Clerk of U.S. District
Court)

**2:07-CV-281-WKW**

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☑  No ☐

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☑   NO ☐

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiff(s) **Marshall Taylor**

   Defendant(s) **Chief Alfred Wardworth, Lt. Debra DeRamus, Charllotte Reed, Deputy Simon - Sheriff Dept**

2. Court (if federal court, name the district; if state court, name the county)

   **Civil, DC, MC,**

3. Docket number **DC 07-167, MC 96-501**
   "DC"   "MC"
4. Name of judge to whom case was assigned **Judge Woods, Judge Walthap**

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) **no**

6. Approximate date of filing lawsuit **I Don't Know**

7. Approximate date of disposition **I Don't Know**

II. PLACE OF PRESENT CONFINEMENT **Autauga County Jail**

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED **Prattville Al, City of prattville**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                          ADDRESS
1. Chief Alfred Wardworth    101 West Main St prattville Al, 36067
2. Lt. Debra DeRamus         101 West Main St prattville, Al, 36067
3. Charllotte Reed           101 West Main St prattville Al, 36067
4. Deputy Simon Sheriff Dept  136 N. Court Street, prattville Al, 36067
5. 
6. 

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **1996 it occured send for my case files Case No. MC 96-501 send me a copy**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **I Am Constantly being Harass And Arrested for A Misdeameanor charge, Notification of Address for A case thats I only had to pay A $100.00 Fine And it was suppose to be over with After I paid the court**

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I have been living in this same Neibhorhood All my life And Now After 11 years After said cause they start Arresting me And telling me I cant live At my Trailor on 229 Lewis St prattville AL 36067 This Charge is A Misdeameanor And Nobody told me I had to Change Addresses

GROUND TWO: They Harass me the prattville police officers

SUPPORTING FACTS: They follow me to work the prattville police officers And they park down the street From my house watching every move i make They have on several occasion pointed guns on me At my trailor And told me to move out of prattville or else we will kill you Nigger.

GROUND THREE: Now the trying to send me to prison For living At my ADDRess, thats Double Jeopardy

SUPPORTING FACTS: I Am lock up And the Courts is turning A Misdeameaner Charge into A Felony case for A change of Address I know nothing About

Case # MC 96-501 And DC 07-167

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want Instant Relief, And Criminal And Negligence Activity, Cruel & unjust Treatment Punitive Damage Mental + Anguish Damage And A Jury Trial
I want to be Able to Move back home, charges drop stop Harassing me will consider settling out of Court,
I want the Honorable Court to Grant AN Order For defendants To send me All of files on this case, within 21 days. of this complaint "An file under Title II of the Civil Rights Act of 1964, the Safe Street Act."

Marshall Taylor
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  29, March
              (Date)

Marshall Taylor
Signature of plaintiff(s)

Marshall
136. N. Court Street
PRAttville Al, 36067-3002

INMATE MAIL
AUTAUGA METRO JAIL

To, The Clerk, Debra Hackett
P.O. Box 711
Montgomery Al, 36101-0711

2:07cr281-WKW

Marshall Taylor    March 25, 2007

To The Honorable Court:

My case started as a misdemeaner and was at the city. I went to court and pled guilty and paid a fine and signed up as a registered sex offender. Since then I have lived at 229 Lewis Street here in Prattville and this has been my address for approximately 15 years now. The entire time I was living at this residence, I caused no trouble and did not violate any terms of my case. Then all of a sudden people in the neighborhood started sending spirits out, tried breaking in my home, and spying through my windows and such. I tried going to Sheriff Herbie Johnson and Alfred Wardworth from the Prattville Police dept. These things continued & both officers said they would look into the situation and try to help me. The more I complained, they started sending police to harrass me & acted as if I was the one causing trouble. They also broke in my home using a jimmy device with guns drawn. I felt as if someone was calling the police to come violate my residence and cause mental and physical harm to my person. I ended up filing a lawsuit in the Federal court in Montgomery, AL. I went to Alabama Dept. of Investigation and the FBI and finally U.S. Marshals trying to get assistance with this matter. John & Deloros Albright, Harry Thomas, Lela Simms, Mary Gardner-Taylor Tedder and Theodos Smith just to name a few of the community members who were involved in this situation against me. The police continued following me & pretty much stalking me and I still had no relief regardless of who I talked to and tried to get assistance from. I was unable to go to work because of them & was paranoid to stay at home because of them always watching me. Is it not my right to own my own home

or land without being harrassed by the police constantly as long as I'm registered to that address and not causing any harm to anyone? Is it also within my rights to do maintenance to my home after having bricks & bottles thrown at it without being bothered by the police? This case came about because of this harrassment and the police trying to violate my registration due to them having some sort of vendetta against me. After all of this, I also feel as if the police and officials were sending bad spirits and vibes my way, wanting me to get in trouble. I was appointed a lawyer from Smith & Norman law firm & it was a female named Tina Norman I believe. She was supposed to be assisting me with my sex-offender case. Approximately a week after she was appointed to me, she resigned from my case. And also when I got out of prison they let me go live back at 229 Lewis St. they tryin to make my misdemeanor out to be a felony case, by making me register my address and arresting me and harassing me and trying to send me to prison

Marshall Taylor