IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARSHAL TAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-281-WKW |
| | ) |
| CHIEF ALFRED WARDWORTH, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On April 10, 2007, the magistrate judge filed a Recommendation (Doc. # 4) that plaintiff's claim challenging the validity of his criminal charge be dismissed without prejudice. Further, the magistrate judge recommended that plaintiff's claim concerning the actions of neighbors and law enforcement prior to his arrest be dismissed with prejudice. Upon an independent review of the file in this case, upon consideration of the Recommendation of the Magistrate Judge, and there being no timely objections filed, it is hereby ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 4) is ADOPTED;

2. Plaintiff's claim challenging the validity of his criminal charge is DISMISSED without prejudice; and

3. Plaintiff's claim concerning the actions of neighbors and law enforcement prior to his arrest is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this 30th day of April, 2007.

                                        /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE